## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Chad M. Ikerd
Louisiana Appellate Project
600 Jefferson St., #903
Lafayette LA 70501

Lance J. Edwards
Dixon Correctional Institute DOC No. 777899
P.O. Box 788 I, Dorm "A"
Jackson LA 70748

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 23, 2025

## REHEARING ACTION: April 23, 2025

**Docket Number: 24   00252-KA**

**STATE OF LOUISIANA**
**VERSUS**
**LANCE J. EDWARDS**

**Appealed from Allen Parish Case No. CR-2020-0450**

**BEFORE JUDGES:**

**Hon. Jonathan W. Perry**
**Hon. Sharon Darville Wilson**
**Hon. Clayton Davis**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lance J. Edwards** has this day been

**DENIED.**

cc: Hon. Joe Green, Counsel for the Appellee
    John Richardson, Counsel for the Appellee